NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RENEE PRISCILLA COTHRON-MALLETT,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

**AND**

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**
*Intervenor.*

---

2014-3035

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-12-0828-I-1.

---

**ON MOTION**

---

**O R D E R**

Renee Priscilla Cothron-Mallett moves for a 30-day extension of time, until July 9, 2014, to file her opening brief.

2                              COTHRON-MALLETT v. MSPB

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21